# SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Bahar Sengel et al v. Portfolio Recovery Associates, LLC

CASE NO: 5:19-cv-02198-DSF-SHK

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length __2__ days) (**Tuesday**) | 8:30 am | | 11/16/2021 | 02/23/2021 | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | | | |
| Pretrial Conference, LR 16;           (Monday)<br>Hearing on Motions in Limine | 3:00 pm | 4 | 10/18/2021 | 01/25/2021 | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16−7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 10/4/2021 | 01/12/202 | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16−4;<br>Exhibit & Witness Lists, LR 16−5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 9/21/2021 | 01/05/2021 | |
| Last date to conduct ADR Proceeding, LR 16−15 | | 12 | 8/23/2021 | 12/01/2020 | |
| Last day for **hearing** motions, LR 7     (Monday) | 1:30 pm | 14 | 8/9/2021 | 11/16/2020 | |
| Non−expert Discovery Cut−off | | 21+ | 6/21/2021 | 08/21/2020 | |
| Expert Disclosure (initial) | | | 12/18/2020 | 08/21/2020 | |
| Expert Disclosure (rebuttal) | | | 1/21/2021 | 09/11/2020 | |
| Expert Discovery Cut−off | | 21+ | 9/21/2020 | Agreed | |
| Last Date to Amend Pleadings or Add Parties | | | 5/15/2020 | Agreed | |
| | | | | | |

LR 16−15 ADR Choice:  ☑ 1. USMJ          ☐ 3. Outside ADR

☐ 2. Attorney Settlement Panel

Exhibit A

−9−