# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-02198-DSF(SHKx) | Date | March 16, 2020 |
|---|---|---|---|
| Title | Bahar Sengel, et al.  v. Portfolio Recovery Associates, LLC | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| V.R. Vallery | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Aiden Firouzi | Nathan A. Searles |

**Proceedings:**   SCHEDULING CONFERENCE (Held and Completed)


The matter is called and counsel state their appearances.  The Court and counsel discuss the status of the case as set forth on the record.  The Court establishes the case management dates as stated on the record.  (See Order re Trial for specific dates and times.)  The Court considers these dates to be firm dates that will not be changed except on a showing of good cause.  The stipulation of the parties is not sufficient.  The pendency of settlement discussions does not constitute good cause.

Each side is limited to five motions in limine unless the Court orders otherwise.

All fictitiously named defendants are dismissed.